**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL JEFFERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action 14-600 (MBC)** |
| | ) | |
| **HAYT, HAYT, & LANDAU, LLC et al. ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## O R D E R

AND NOW, this 21st day of July, 2014, the Court having been advised by counsel for the Plaintiff that the above-captioned case has been settled and that Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a) within 60 days, and it appearing that there is no further action required by the Court at this time;

IT IS HEREBY ORDERED, that the Clerk mark the above-captioned case closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and, that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if this Order had not been entered, and,

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including, but not limited to, enforcing settlement.

S/Maurice B. Cohill, Jr.
Maurice B. Cohill, Jr.
Senior United States District Judge
